IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DAVID BORING, also known
as DAVID BARING                                                                             PLAINTIFF

v.                                            Case No. 6:21-cv-6062

SUPERVISOR JOE JONES, TRINITY SERVICES
GROUP; SHERIFF MIKE MCCORMICK, *et al.*                               DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed June 17, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 4. Judge Bryant recommends that this case be dismissed without prejudice for failure to prosecute this case, failure to obey a Court order, and failure to comply with Local Rule 5.5(c)(2). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of August, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge